AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __ARKANSAS__

UNITED STATES OF AMERICA
V.

STARLA RICHARDSON

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number:   4:10CR40008-002
USM Number:   08599-010

Jeffrey Scott Harrelson
Defendant's Attorney

**THE DEFENDANT:**

X   plead guilty to violation of condition(s)   Standard Drug Condition, Standard Monetary Condition, Standard Condition #3, and Special Condition #1   of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Drug Condition | Tested Positive for Opiates on 04/1/2011 and 04/11/2011; Tested Positive for Methamphetamine on 04/22/2011 and 06/20/2011 | 06/20/2011 |
| Standard Monetary Condition | Failure to Pay Special Assessment or Restitution Penalties Imposed | 06/28/2011 |
| Standard Condition #3 | Failure to Report to U.S. Probation Office on 06/13/2011 and 06/20/2011 | 06/13/2011 |
| Special Condition #1 | Failure to Attend Drug Aftercare Counseling and Failure to Comply With Drug Testing | 06/27/2011 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed by referring to the U.S. Sentencing Guidelines as only advisory within the statutory range for offense(s).

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   XXX-XX-2267
Defendant's Date of Birth:   XX/XX/1980

Defendant's Residence Address:
XXXXXXXXXXXXXXXXXX
Texarkana, AR

Defendant's Mailing Address:
Same as above

July 28, 2011
Date of Imposition of Judgment

/S/ Harry F. Barnes
Signature of Judge

Honorable Harry F. Barnes, Senior United States District Judge
Name and Title of Judge

July 28, 2011
Date

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 2 8 2011

CHRIS R. JOHNSON, CLERK

BY
DEPUTY CLERK

DEFENDANT: STARLA RICHARDSON
CASE NUMBER: 4:10CR40008-002

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of: **thirteen (13) months with credit for time served since her arrest on July 18, 2011.** No supervision will follow the term of imprisonment.

X  The court makes the following recommendations to the Bureau of Prisons:

The defendant be a candidate for the intensive drug treatment program.

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

☐ at _____  ☐ a.m.  ☐ p.m.  on _____ .

as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B  Case 4:10-cr-40008-HFB  Document 55   Filed 07/28/11   Page 3 of 4 PageID #: 116
(Rev. 06/05) Judgment in a Criminal Case for Restitution
Sheet 5 — Criminal Monetary Penalties

Judgment — Page 3 of 4

DEFENDANT: STARLA RICHARDSON
CASE NUMBER: 4:10CR40008-002

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ 1,032.04 |

☐ The determination of restitution is deferred _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Nolan Smith<br>5706 Clearwood Trail<br>Texarkana, AR 71854 | | $264.00 | |
| Ricky Needham<br>18 Lakeview Lane<br>Texarkana, AR 71854 | | $132.06 | |
| Tim Eddings<br>2213 Rondo<br>Texarkana, AR 71854 | | $358.48 | |
| Myrtle Jones<br>7010 Live Oak Drive<br>Texarkana, AR 71854 | | $177.50 | |
| Carol Hinton<br>4604 E. 9th Street<br>Texarkana, AR 71854 | | $100.00 | |
| **TOTALS** | $ 0 | $ 1,032.04 | |

☐ Restitution amount ordered pursuant to plea agreement _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    X the interest requirement is waived for    ☐ fin    X restitution.

    ☐ the interest requirement for    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT:  STARLA RICHARDSON
CASE NUMBER:  4:10CR40008-002

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  X  Lump sum payment of $ 1,132.04  due immediately, balance due

    ☐ not later than _____ , or
    X in accordance  ☐ C,  ☐ D,  ☐ E, or  X F below); or

B  ☐ Payment to begin immediately (may be combined with  ☐C,  ☐D, or  ☐F below); or

C  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay.

F  X  Special instructions regarding the payment of criminal monetary penalties:

    If not paid immediately, any unpaid financial penalty imposed shall be paid during the period of incarceration at a rate of not less than 10% of the defendant's net monthly household income, but in no case less than $25.00 per month.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes imprisonment, payment of criminal monetary penalties is be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

X  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount and corresponding payee, if appropriate.
    Justin Lovell, Dkt. No. 4:10CR40008-01, $1,032.04

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.